### STATE v. J. N. FINCH AND CHARLIE POOLE.

(Filed 20 November, 1940.)

APPEAL by defendant Finch from *Parker, J.,* at September Term, 1940, of WAKE.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*W. Brantley Womble for defendant, appellant.*

SCHENCK, J.   In this case a motion in arrest of judgment is lodged by the appellant Finch.   The record and facts are identical with those in another case against the appellant in which decision was this day rendered, except the codefendant is one Charlie Poole instead of P. W. Cooper.

For the reasons set forth in the former, it will be certified that the judgment pronounced against the appellant Finch be arrested.

Reversed.